UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>VERLY LOUIS JEUNE; DEVON RICHARDS; NATHANAEL FOUCAULT,<br><br>Defendants. | **ORDER**<br><br>22 Cr. 514 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Verly Louis Jeune's sentencing will take place on **February 7, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  Any sentencing submission on behalf of Defendant Verly Louis Jeune is due by **January 24, 2024**.  The Government's sentencing submission is due by **January 31, 2024**.

Defendant Devon Richards' sentencing will take place on **January 23, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  Any sentencing submission on behalf of Defendant Devon Richards is due by **January 9, 2024**.  The Government's sentencing submission is due by **January 16, 2024**.

Defendant Nathanael Foucault's sentencing will take place on **January 26, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  Any sentencing submission on behalf of Defendant Nathanael

Foucault is due by **January 8, 2024**. The Government's sentencing submission is due by **January 15, 2024**.

Dated: New York, New York
November 1, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge