**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

June 11, 2024

By ECF

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Devon Richards*, 22 Cr. 514 (PGG)

Dear Judge Gardephe:

    On September 11, 2023, Mr. Richards pleaded guilty to conspiracy to commit access device fraud. On April 8, 2024, he was sentenced to 36 months' imprisonment. He is scheduled to surrender to the BOP on June 13, 2024.

    I write to respectfully request an extension of Mr. Richards' surrender date to July 11, 2024. Mr. Richards suffers from a heart murmur and would like to attend two cardiologist appointments before he enters the BOP. He has appointments scheduled for June 13, the date of his surrender, and a follow-up appointment scheduled for July 10.

    I have enclosed a copy of appointment confirmations from the office of cardiologist Samuel Okonta, M.D., and the office of cardiologist Brian Yuen, M.D. I appreciate the Court's consideration.

    Respectfully submitted,

    /s/
    Deborah Colson
    (212) 257-6455

**MEMO ENDORSED**
The Application is granted. The Defendant's surrender date is extended to July 11, 2024 at 2:00 p.m.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: June 11, 2024