# MOSKOWITZ COLSON
# GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

July 8, 2024

By ECF

Honorable Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The application to further extend the surrender date is denied. The Defendant will surrender by 2:00 p.m. on July 11, 2024, as previously directed.

SO ORDERED:

/s/ Paul Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: July 9, 2024

Re:   *United States v. Devon Richards*, 22 Cr. 514 (PGG)

Dear Judge Gardephe:

    On September 11, 2023, Mr. Richards pleaded guilty to conspiracy to commit access device fraud. On April 8, 2024, he was sentenced to 36 months' imprisonment. He is scheduled to surrender to the BOP on July 11, 2024.

    I write to respectfully request an extension of Mr. Richards' surrender date to August 7, 2024. As the Court is aware, Mr. Richards has been experiencing heart complications, accompanied by severe chest pain, and has attended multiple cardiology appointments in hopes to gain clarity on his diagnosis before surrendering to the BOP. He attended a cardiology appointment on June 13 and learned that in addition to his heart murmur, there may also be a clog in his heart. The doctor recommended that he attend another follow-up appointment at a heart imaging office to gain a better understanding of the issue. He now has an appointment scheduled for August 6, 2024, the earliest available appointment date, at Five Towns Heart Imaging PC.

    I have enclosed a copy of the appointment confirmation from Five Towns Heart Imaging PC. I appreciate the Court's consideration.

Respectfully submitted,

/s/
Deborah Colson
(212) 257-6455